AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

FILED IN CLERKS OFFICE

APR 3 '26 ᴀᴍ10:44 USDC MA

Vito A. Nuzzolilo
Petitioner

v.

Federal B.O.P. Bureau of Prisons
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 4:17-CR-40035 TSH
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Vito Anthony Nuzzolilo
    (b) Other names you have used: Nuzzy
2.  Place of confinement:
    (a) Name of institution: Coolidge House
    (b) Address: 307 Huntington Ave, Boston Mass 02115
    (c) Your identification number: 21613-038
3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

    _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: The United States District Court of Worcester Mass
    (b) Docket number of criminal case: 4:17-CR-40035 TSH
    (c) Date of sentencing: 4-29-2020

    ☐ Being held on an immigration charge

    ☐ Other (explain): _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❑ Pretrial detention

❑ Immigration detention

❑ Detainer

❑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❑ Disciplinary proceedings

❑ Other *(explain)*: _____

_____

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:   Fed B.O.P.

(b)  Docket number, case number, or opinion number:   4:17-CR-40035 TSH

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Fed B.O.P. Is NOT Allowing mE TO CASH iN my PSA credits DUE to THey Refuse to UPDATE my compuTATion sheet thAT will Show I vE completed 10 Ace classes To DRop my Recidivism To "Low"

(d)  Date of the decision or action:   Feb 19Th 3025

**Your Earlier Challenges of the Decision or Action**

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes                    ❑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:   BP-8 AND BP 9

(2)  Date of filing:   OCT 3RD 2025 AND 10-20-25

(3)  Docket number, case number, or opinion number:   1257869-F1

(4)  Result:   DeNied

(5)  Date of result:   OCT 14TH AND OCT 20 of 2025

(6)  Issues raised:   I Am Eligible To Recieve FSA credit. THe Bp Policy is To Be "Low." Recidivism But The law of congress SAyS If I Am Eligible then I Am to Recieve my good Time credit. my Recidivism is Low If only The BoP would CAlculate my Ace classes I did iN FCI oTISVille. THe B.O.P Refuses to Give mE my Time I HAve EARNed, they Are Trying to use A shot I goT To keep me From going Home.

(b)  If you answered "No," explain why you did not appeal: _____

_____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes                    ❑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _BP 10 AND BP 11_

        (2) Date of filing: _10-31-2025 AND 01-10-26_

        (3) Docket number, case number, or opinion number: _1257869_

        (4) Result: _Denied_

        (5) Date of result: _Jan 26 of 25 AND 03-02-26_

        (6) Issues raised: _Same as BP 8 AND BP 9._

_My Podisum went from low to med after my lol shot. I got sent back to otisville from Fort Dix. I completed 10 Ace classes witch would drop me from med back to low AND BOP refuses to acknowlege my work. plus the law of congress does not say I cant cash in my FSA if I am med_

    (b) If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes        ❏ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal:

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes        ☒ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☒ Yes        ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: THE United STAtes District Court of WorC MASS
(2) Case number: 4:17-CR-40035 TSH
(3) Date of filing: Not sure
(4) Result: Denied
(5) Date of result: Not sure
(6) Issues raised: I tried to RAISe JURISPiction But my motion WAS BeiNg called A second and succesive

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☒ Yes                    ☐ No

If "Yes," provide:
(1) Name of court: 1ST CIR court of Appeals
(2) Case number: SAme
(3) Date of filing: Not sure
(4) Result: Denied
(5) Date of result: Not sure
(6) Issues raised: INNefective /w JURISDiction But WAS Denied Due to being 2ND And succesive, wrong Vehicle to RAISe motion

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: They SAy IT WAS A second or succesive motion

11.    **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes                    ☒ No
If "Yes," provide:
(a)    Date you were taken into immigration custody: _____
(b)    Date of the removal or reinstatement order: _____
(c)    Did you file an appeal with the Board of Immigration Appeals?
☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** This is simple, I Am Eligible to Recieve And cash in my F.S.A. Low or MED. BOP. just "wants" me to be low, But thats not the Law, plus I still DID the 10 Ace Classes to get Back to "Low" AND BOP Refuses to update computation correct

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
I should of Been Home STARTing Supervised Release A long time Ago. my 101 shot only Allowed me to EARN from 15 DAys BACK to ten, it Dont mean BOP CAN JUST Not let me cash in Time that I have workedHard to EARN

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes            ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**: _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?

❏ Yes                    ❏ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: IN JAN of 25 I got A 101 shoT. I goT JUmped ANd DefeNded myself. That shoT puT me PRom low To mED RecidiviSm, so I weNT PRom EARNINg 15 DAys To 10 DAys. D.H.O DID NoT TAKE MY F.S.A. THE B.O.P JuST "WANTS" me to Be low. BuT The LAw Does NoT SAy THAT. IP I AM ELIgnble then I geT Them. UNITED STATES VS. WAS OveRTURNED

**Request for Relief**

15. State exactly what you want the court to do: I WANT TO Go HOME!! I WANT To Be DoNE with The B.O.P. ANd to STARt my 5 yeARS of SuPeRVISED Release. I HAVE A HomE AlReady APPRoved my coolidge ANd PROBATIon. I DID my Time. I HAVE EARNED BACK my FSA PRom Ace classes TAKEN. IvE gIVEN eVeRything ITS NoT FAIR The BOP keeps mE AFTER I did All my Ace clASSES to DROP the 1 PIoNT To GET BACK to "Low Recidivism" I DID the woRK. I shAlD GET the 1 PIoNT oFf ANd thAT ShoulD give mE ImmediAte Release to HOME To STARt PROBATIon. IVE Also passed All DRug scReeNs FRom 2017 TO PReseNT.

               thANK you

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

ON OR ABOUT APRIL 1ST 2026

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4-01-2026

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

to the courts attention.

when I filed my BP 10, they refused to answer in a timely manner. It was way way PAST. I believe they were holding up my admin remedy process.

So what was I to do? So thats when I went ahead and filed my BP 11. I told them what the "BP 10" was doing. this is why I did not have copies of my BP 8 or 9 or 10 to give and submit in my BP 11. My BP 10 had all my copies, I didnt have xtra. I also explained this in my BP 11. Its hard enough on me as it is then to have them try to discourage me to file on them. But I have done everything that was alloted to me me to exhaust my admin remedy process. They, I believe stalled me to keep F.S.A. Credits from me. I DID the Ace classes, they didnt think I could do it. And when I did they still ignore it just to keep me in B.O.P. custody. I did my time and gave them the work. Please I ask the court to send me home to start my probation