GA

VITO NUZZOLILO, 21613-038
OTISVILLE FCI     UNT: 4 GP     QTR: G03-310L
P.O. BOX  600
OTISVILLE,  NY 10963

Warden's
Office En

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Mozzolli, Vito A__     __21613-038__     __GA__     __FCI OTISVILLE__
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

I AM F.S.A. ELIGABLE. I AM TOLD I CAN'T "CASH IN" MY F.S.A. CREDITS BECAUSE I AM "MED." RECIDIVISM. THE LAW SAYS I CAN HAVE THEM, THE B.O.P. IS KEEPING ME IN CUSTODY AND WON'T LET ME GO HOME, THEY GAVE A DATE OF JAN 09TH 2028, BUT THAT IS NOT GIVING ME MY F.S.A. I SHOULD OF BEEN HOME A Very Long TIME AGO!

__10-31-2025__
    DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____
    DATE

_____
REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____
    DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Nozzolilo   Vito   A.__   __21613-038__   __GA__   __F.C.I. Otisville__
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**  I AM F.S.A. ELiGABLE. I AM TOLD I CAN NOT "CASH IN" MY F.S.A. CREDITS BECAUSE I AM "MED" RECIDIVISM. THE LAW SAYS I CAN HAVE THEM. THE B.O.P. IS HOLDING ME IN CUSTODY AND WONT LET ME GO HOME. THEY GAVE ME A DATE OF JAN 07TH, 2006. BUT THAT IS NOT GIVING ME MY F.S.A. I SHOULD of Been HOME A VERY LONG TIME AGO

__10-31-2025__
DATE

__(signature)__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
OFFICE OF THE REGIONAL COUNSEL

**NOV 12 2025**

NERO - PHILADELPHIA

_____        _____
DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: __1257869-R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

**NUZZOLILO, Vito**
Reg. No. 21613-038
Appeal No. 1257869-R1
Page One

---

**Part B - Response**

You appeal the response of the Warden of FCI Otisville. Specifically, you claim the First Step Act (FSA) Time Credits (FTC) you have earned should be applied to your sentence, specifically your pre-release custody. You request a review of this matter and application of FTC to your sentence.

Program Statement 5410.01, <u>First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)</u>, establishes criteria and procedures for awarding FTC. Eligible inmates may earn FTCs for successfully participating in and completing approved Evidence-Based Recidivism Reduction (EBRR) Programs or Productive Activities (PAs). The BOP, amongst other factors, may apply FTC towards early transfer to supervised release when an inmate has a low or minimum PATTERN risk level. Inmates with medium or high PATTERN scores may initiate a request for an exception by submitting a BP-A0148, Inmate Request to Staff, during their regularly scheduled Program Review. Only the Warden has approval authority for exception requests.

A review of your appeal reveals you are ineligible to apply FTC as you are classified as having a medium PATTERN risk level. The Warden determined your incident report history weighed against granting a PATTERN exception. You received an incident report on January 15, 2025, for Code 101, Assaulting With Serious Injury. This matter has been reviewed. Accordingly, your request is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: January 26, 2026

D. BAYSORE
Acting Regional Director

**NUZZOLILO, Vito**
Reg. No. 21613-038
Appeal No. 1257869-R1
Page One

---

### Part B - Response

You appeal the response of the Warden of FCI Otisville. Specifically, you claim the First Step Act (FSA) Time Credits (FTC) you have earned should be applied to your sentence, specifically your pre-release custody. You request a review of this matter and application of FTC to your sentence.

Program Statement 5410.01, <u>First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)</u>, establishes criteria and procedures for awarding FTC. Eligible inmates may earn FTCs for successfully participating in and completing approved Evidence-Based Recidivism Reduction (EBRR) Programs or Productive Activities (PAs). The BOP, amongst other factors, may apply FTC towards early transfer to supervised release when an inmate has a low or minimum PATTERN risk level. Inmates with medium or high PATTERN scores may initiate a request for an exception by submitting a BP-A0148, Inmate Request to Staff, during their regularly scheduled Program Review. Only the Warden has approval authority for exception requests.

A review of your appeal reveals you are ineligible to apply FTC as you are classified as having a medium PATTERN risk level. The Warden determined your incident report history weighed against granting a PATTERN exception. You received an incident report on January 15, 2025, for Code 101, Assaulting With Serious Injury. This matter has been reviewed. Accordingly, your request is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: January 26, 2026

D. BAYSORE
Acting Regional Director

Nuzzolilo, Vito
Register Number:  21613-038
Administrative Remedy Number: 1257869-F1

---

Part B - Response


This is in response to your Request for Administrative Remedy
received on October 20, 2025.  In your request, you ask to
receive earned First Step Act time credits towards pre-release
custody.

After review of this matter in accordance with Program Statement
5410.01, First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 USC 3632(d)(4), the following has been
determined. You're currently scored with Medium Recidivism on
your most recent PATTERN score. On March 14, 2025, you received
sanctions from the Disciplinary Hearing Officer for code 101,
Assaulting with Serious Injury. As per Program Statement 5410.01
First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 U.S.C. 3632(d)(4) inmates must demonstrate
a good faith effort to lower their recidivism risk by
maintaining clear conduct for at least three years from the date
of their request to earn First Step Act time credits. Due to
having a code 101 sanctioned incident report, you do not qualify
to earn First Step Act credits at this time.


Based on the above information, your Request for Administrative
Remedy is for informational purposes only.  If you are not
satisfied with this response, you may appeal to the Regional
Director, Federal Bureau of Prisons, U.S. Custom House, 2nd and
Chestnut Street, Philadelphia, Pennsylvania, 19106, within
twenty (20) calendar days of the date of this response.

_____          _____
E. Rickard, Warden                          10-27-25
                                             Date

Nuzzolilo, Vito
Register Number:  21613-038
Administrative Remedy Number: 1257869-F1

---

Part B - Response

This is in response to your Request for Administrative Remedy
received on October 20, 2025.  In your request, you ask to
receive earned First Step Act time credits towards pre-release
custody.

After review of this matter in accordance with Program Statement
5410.01, First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 USC 3632(d)(4), the following has been
determined. You're currently scored with Medium Recidivism on
your most recent PATTERN score. On March 14, 2025, you received
sanctions from the Disciplinary Hearing Officer for code 101,
Assaulting with Serious Injury. As per Program Statement 5410.01
First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 U.S.C. 3632(d)(4) inmates must demonstrate
a good faith effort to lower their recidivism risk by
maintaining clear conduct for at least three years from the date
of their request to earn First Step Act time credits. Due to
having a code 101 sanctioned incident report, you do not qualify
to earn First Step Act credits at this time.

Based on the above information, your Request for Administrative
Remedy is for informational purposes only.  If you are not
satisfied with this response, you may appeal to the Regional
Director, Federal Bureau of Prisons, U.S. Custom House, 2nd and
Chestnut Street, Philadelphia, Pennsylvania, 19106, within
twenty (20) calendar days of the date of this response.

E. Rickard, Warden

10-27-25

Date

Nuzzolilo, Vito
Register Number:   21613-038
Administrative Remedy Number: 1257869-F1

---

Part B - Response

This is in response to your Request for Administrative Remedy
received on October 20, 2025.  In your request, you ask to
receive earned First Step Act time credits towards pre-release
custody.

After review of this matter in accordance with Program Statement
5410.01, First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 USC 3632(d)(4), the following has been
determined. You're currently scored with Medium Recidivism on
your most recent PATTERN score. On March 14, 2025, you received
sanctions from the Disciplinary Hearing Officer for code 101,
Assaulting with Serious Injury. As per Program Statement 5410.01
First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 U.S.C. 3632(d)(4) inmates must demonstrate
a good faith effort to lower their recidivism risk by
maintaining clear conduct for at least three years from the date
of their request to earn First Step Act time credits. Due to
having a code 101 sanctioned incident report, you do not qualify
to earn First Step Act credits at this time.

Based on the above information, your Request for Administrative
Remedy is for informational purposes only.  If you are not
satisfied with this response, you may appeal to the Regional
Director, Federal Bureau of Prisons, U.S. Custom House, 2nd and
Chestnut Street, Philadelphia, Pennsylvania, 19106, within
twenty (20) calendar days of the date of this response.

E. Rickard, Warden                        10-27-25

                                          Date

Nuzzolilo, Vito
Register Number:  21613-038
Administrative Remedy Number: 1257869-F1

---

Part B - Response


This is in response to your Request for Administrative Remedy
received on October 20, 2025.  In your request, you ask to
receive earned First Step Act time credits towards pre-release
custody.

After review of this matter in accordance with Program Statement
5410.01, First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 USC 3632(d)(4), the following has been
determined. You're currently scored with Medium Recidivism on
your most recent PATTERN score. On March 14, 2025, you received
sanctions from the Disciplinary Hearing Officer for code 101,
Assaulting with Serious Injury. As per Program Statement 5410.01
First Step Act of 2018 - Time Credits: Procedures for
Implementation of 18 U.S.C. 3632(d)(4) inmates must demonstrate
a good faith effort to lower their recidivism risk by
maintaining clear conduct for at least three years from the date
of their request to earn First Step Act time credits. Due to
having a code 101 sanctioned incident report, you do not qualify
to earn First Step Act credits at this time.


Based on the above information, your Request for Administrative
Remedy is for informational purposes only.  If you are not
satisfied with this response, you may appeal to the Regional
Director, Federal Bureau of Prisons, U.S. Custom House, 2nd and
Chestnut Street, Philadelphia, Pennsylvania, 19106, within
twenty (20) calendar days of the date of this response.


E. Rickard, Warden                          10-27-25
                                            Date

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Nuzzoli, Vito A.        21613-038    GA    OTi

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I AM F.S.A. ELIGABLE. I AM TOLD I CANNOT "CASH IN" MY F.S.A. CREDITS BECAUSE I AM MED RECIDIVISM. THE LAW SAYS I CAN HAUE THEM, THE B.O.P. IS HOLDING ME IN CUSTODY AND WONT let ME GO HOME. THEY GAUE ME A DATE OF JAN 6TH 2026, BUT THATS NOT giving ME MY F.S.A. I SHOULD OF BEEN HOME A VERY Long TIME AGO

OCT 15th 2025

DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received

10/20/25 SN

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1257869-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                Previously BP–DIR–9

BP–229(13)
APRIL 1982

OTV 1330.18
ATTACHMENT 1

## INFORMAL RESOLUTION FORM (BP-8)

The Administrative Remedy Program allows you the opportunity to have an issue related to your incarceration formally reviewed. You have the responsibility to use this program in good faith and in a straightforward manner. You should make every effort to honestly attempt to informally resolve this matter verbally with staff.

Date BP-8 issued to Inmate: _10-2-25_

Correctional Counselor Initials: _AH_

INMATE NAME: Vito A. Nuzzolilo

REGISTER NUMBER: 21613-038   UNIT G A.

Specific Issue Needing Resolution: F.S.A AND SCA CReDITS

Explain the issue in detail: I AM F.S.A. EliGAble I Am told. I CANNoT "CASH IN" my F.S.A CReDITS BeCAUSE I Am meD recidivism THE LAW SAYS I CAN HAUE THEM. B.O.P. IS HoloING me IN CUSToDY AND WONT let me go HOme. THEY gAVE me A DATE of JAN 6th 2026, BUT THAtS NoT giving me my F.S.A. I should of BEEN HOmE A VERY long TimE AGo

INMATE SIGNATURE _Vito A Nuzzolilo_   DATE OCT 3RD 2025

### TO BE COMPLETED BY CORRECTIONAL COUNSELOR

Date Received from inmate: _____

Action Taken: _See Attached_

CORRECTIONAL COUNSELOR SIGNATURE _____   DATE _10-14-25_

### TO BE COMPLETED BY UNIT MANAGER
Informal Resolution Reviewed

UNIT MANAGER SIGNATURE _____   DATE _10-14-25_

DATE BP-9 ISSUED TO INMATE _10-14-25_   STAFF INITIALS _AH_

INMATE'S NAME: NUZZOLILO, VITO
INMATE'S REG. NUMBER: 21613-038

3.    Summary of Investigation:

This is in response to your request for administrative remedy which was received in this office wherein you claim that you are FSA eligible and you want to cash in your FSA credits.

- YOUR INMATE PROFILE REFLECTS THAT YOU ARE ELIGIBLE TO EARN TIME CREDITS. HOWEVER, ONLY IMATES WITH A **LOW** OR **MINIMUM** PATTERN SCORE CAN HAVE THESE CREDITS APPLIED.   YOU HAVE A PATTERN SCORE OF **MED.** THEREFORE, ANY TIME CREDITS EARNED CANNOT BE APPLIED TOWARDS PRE-RELEASE CUSTODY OR SUPERVISED RELEASE. IF YOU ARE ABLE TO GET YOUR PATTERN SCORE DOWN TO **LOW** AND MAINTAIN TWO CONSECUTIVE REASSESSMENTS THE NUMBER OF CREDITS EARNED WILL BE CALCULATED THEN APPLIED BY DSCC. YOUR FSA PATTERN WORKSHEET INDICATES THAT YOU HAVE A MED RISK OF RECIDIVISM.

- **Additionally, it is the policy of the Federal Bureau of Prisons, and the practice followed by this facility, to treat all inmates in a fair and impartial manner.**

4.    What actions were taken to resolve this matter informally:

Inmate Nuzzolilo was advised of the above response.

5.    Explain reasons for no resolution:

Inmate requested BP-9

T.Olver/Case Manager

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: NUZZOLI, Vito A.          21613-038     G A          OTi
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

I AM F.S.A. ELIGABLE. I AM TOLD I CANNOT "CASH IN"
my F.S.A. CREDITS BECAUSE I AM MED RECIDIVISM.
THE LAW SAYS I CAN HAVE THEM, THE B.O.P IS HOLDING
ME IN CUSTODY AND WONT let ME go HOME. THEY gave
ME A DATE OF JAN 6th 2026, BUT THATS NOT giving ME
my F.S.A. I SHOULD of Been HOME A VERY Long TIME AGO

OCT. 15th 2025
DATE

_Vito A. Nuzzoli_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
10/20/25 8N
DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER: 1259869-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Nuzzoli, Vito A.      2163-038      GA      OTI

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

I AM F.S.A. ENGABIE. I AM TOLD I CANNOT "CASH IN" my F.S.A. CREDITS BECAUSE I AM MED RECIDIVISM. THE LAW SAYS I CAN HAVE THEM, THE B.O.P. IS HOLDING ME IN CUSTODY AND WONT let me go HOME. THEY gave me A DATE of JAN 6th 2026, BUT THATS NOT giving me my F.S.A. I SHOULD of Been HOME A VERY Long TimE AGO

OCT 15th 2025

DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
10/20/25 PN

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE

CASE NUMBER: 1254869-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 2, 2026

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : VITO NUZZOLILO, 21613-038
      COOLIDGE HOUSE RRC
      307 HUNTINGTON AVENUE
      BOSTON,  MA 02115


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1257869-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 6, 2026
SUBJECT 1       : FSA ELIGIBILITY
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU DID NOT PROVIDE A COPY OF YOUR   REGIONAL OFFICE
                 ADMINISTRATIVE REMEDY APPEAL (BP-10) FORM OR  A COPY
                 OF THE (BP-10) RESPONSE FROM THE REGIONAL DIRECTOR.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : REJECTED FOR NOT PROVIDING COPY OF BP-9/RESPONSE.
                  REGION PROVIDED RESPONSE 01-26-26. RESUBMIT WITH
                  COPY OF LOWER-LEVEL APPEALS/RESPONSES.

**U.S. Departmen  of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Nuzzolilo, Vito A.__  __21613-038__  __GA__  __Otisville__
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

**Part A - REASON FOR APPEAL** I AM F.S.A EliGAble. The LAW SAYS I CAN CASH IN my CREDits. I should of Been Home A long TimE AGo. the B.O.P. IS NoT Giving mE may CREDits To CASH IN BecAuSE I Am POINT INTo MED RecIDIVISm. BuT Thats NoT whAT the LAW of Congress SAYS ABouT F.S.A. I FilED my 8, 9, And my 10. BuT The Region is RetenDing they NevER goT my 10 IN AN AttempT to HINDER my tmln PRocess. they goT it in oct And had plenty of TimE to Regend. so Now with this 11 I Am Asking FoR my F.SA. And to Cash it iN AND Go HomE. AFTER this 11 I will File A 2241 AND tell the iudge whats going on with may ADmin PRocess And F.SA. CRediTs

__1-10-26__
DATE

__nt q Nuzzolilo__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

FEB 0 6 2026

Administrative Remedies
Federal Bureau of Prisons

_____
　　　DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: __1257869__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION
SUBJECT: _____

_____　　　　　　　_____
　　　DATE　　　　　　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Nuzzolilo, Vito A.    21613-038    GA    Ottsville

    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I Am FS.A Eligable. The Law says I can cash in my credits. I should of been home a long time ago. The B.O.P. is not giving me my credits to cash in because I am point into med recidivism. But thats not what the law of congress says about F.S.A. I filed my 8, 9, and my 10. But the Region is retending they never got my 10 in an attempt to hinder my rmin process. they got it in oct and had plenty of time to respnd. o now with this 11 I am asking for my F.S.A. And to cash it n And go home. After this 11 I will file a 2241 And tell the odge whats going on with my Admin process And F.S.A. credits

1-10-26

    DATE            SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

FEB 0 6 2026

Administrative Remedies
Federal Bureau of Prisons

    DATE            GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY    CASE NUMBER: 1257869

**Part C - RECEIPT**

    CASE NUMBER: _____

Return to: _____

    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

    DATE            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

    BP-231(13)

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Nuzzolfo, Vito A       31613-038     GA     Ottsville

        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** I AM F.S.A Eligible. The LAW SAYS I CAN CASH IN my CREDITS. I should of Been Home A long Time AGo. The B.O.P. IS, NOT GIVING ME MY CREDITS TO CASH IN, BECAUSE I AM point into med Recidivism. But Thats Not what the Law of Congress SAYS ABout F.S.A. I FIled my 8, 9, And my 10. But The Region is Refeuding they NevER got my 10 IN AN Attempt to HINDER my timin PRocess. they got it in oct And had plenty of Time to Respond. Now with this 11 I AM Asking For my F.S.A. And to cash it in AND Go Home. AFtER this 11 I will File A 2041 And tell the Judge whats going on with my Admin Process And F.S.A. credits

1-10-26

      DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

      DATE                                        GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY                  CASE NUMBER: 1257869

**Part C - RECEIPT**

                                              CASE NUMBER:

Return to: _____

        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

      DATE                            SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Nuzzello Vito A          3/613 038          GA          Ottisville
　　　LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** I Am F.S.A Eligable. The Law says I can cash in my credits. I should of been home a long time ago. The B.O.P. is not giving me my credits to cash in because I am ~~poid~~ ~~~~~~ ~~~~~~ ~~~~ what the law of congress says about F.S.A. I filed my 8, 9, and my 10. But the region is refusing they never got my 10 in an attempt to hinder my admin process, they got it in cell And had plenty of time to respond O now with this all I am asking for my F.S.A And to cash it in and Go Home. with this all I would file A court And tell the Judge what's going on with my Admin Process And F.S.A. credits.

1-10-06
DATE

N.A. Nuzzello
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

New York, NY
10213

DATE

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

GENERAL COUNSEL

CASE NUMBER: 1357869

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)